J-S12042-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| GILES W. WITHERSPOON | : | |
| | : | |
| Appellant | : | No. 1860 EDA 2019 |

Appeal from the Order Entered May 30, 2019
In the Court of Common Pleas of Delaware County Criminal Division at
No(s): CP-23-CR-0000086-2000

BEFORE:   SHOGAN, J., McCAFFERY, J., and COLINS, J.[*]

CONCURRING MEMORANDUM BY SHOGAN, J.:          **FILED JUNE 30, 2020**

I concur in the result reached by the Majority wherein it concluded Appellant is entitled to no relief because the February 14, 2019 petition should have been considered an untimely post-sentence motion.  I write separately to note that under certain circumstances, an untimely post-sentence motion may be considered a petition under the Post Conviction Relief Act ("PCRA"), 42 Pa.C.S. §§ 9541-9546.  ***Commonwealth v. Evans***, 866 A.2d 442, 443-444 (Pa. Super. 2005).

In ***Evans***, this Court explained that regardless of the title of the document filed, convicted petitioners seeking post-conviction relief must be

_____

[*] Retired Senior Judge assigned to the Superior Court.

afforded the assistance of counsel in filing a first PCRA petition. *Evans*, 866 A.2d at 444. This construct protects an indigent petitioner's right to file a counseled first PCRA petition. *Id.*; *Commonwealth v. Guthrie*, 749 A.2d 502, 504 (Pa. Super. 2000).

The holding from *Evans*, however, provides no benefit to Appellant in the instant case. Herein, Appellant had the benefit of counsel in pursuing his first PCRA petition.[1] Therefore, Appellant exercised his right to, and received the benefit of, a counseled PCRA petition. Accordingly, *Evans* is inapplicable, and there is no basis upon which to deem Appellant's untimely post-sentence motion a PCRA petition.

Judge McCaffery joins. Judge Colins joins.

---

[1] The record reveals the PCRA court appointed counsel to represent Appellant throughout the pursuit of his first PCRA petition. Order, 6/22/05; Order, 5/19/08; Order, 7/28/08.